IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-10356-amc |
| EULA ANN HARRIS, | Chapter 7 |
| Debtor, | Document No. 9 |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| EULA ANN HARRIS AND<br>ROBERT H. HOLBER, Trustee, | |
| Respondents. | |

CERTIFICATE OF NO OBJECTION OR RESPONSE
TO MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 9)

  The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion for Relief from the Automatic Stay, filed at Doc. No. 9 and served on the Respondents herein, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the motion appears thereon. Pursuant to the Notice of Hearing, objections to the motion were to be filed and served no later than March 10, 2021.

  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.

                Respectfully submitted,

                By: /s/ Keri P. Ebeck
                Keri P. Ebeck, Esq.
                PA I.D. # 91298
                kebeck@bernsteinlaw.com
                707 Grant Street
                Suite 2200, Gulf Tower
                Pittsburgh, PA 15219
                Phone - (412) 456-8112
                Fax - (412) 456-8135

                Counsel for Toyota Motor Credit Corporation

Dated: March 11, 2021