IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | Bankruptcy No. 21-10356-amc |
| EULA ANN HARRIS, | Chapter 7 |
| Debtor, | Document No. |
| TOYOTA MOTOR CREDIT CORPORATION, | |
| Movant, | |
| v. | |
| EULA ANN HARRIS AND ROBERT H. HOLBER, Trustee, | |
| Respondents. | |

ORDER OF COURT

AND NOW, this ___ day of _____, 2021, upon consideration of the foregoing Motion for Relief from the Automatic Stay, it is hereby ORDERED,

a. Relief from the Automatic Stay is granted as to the interest of Toyota Motor Credit Corporation in the 2015 Chrysler 300, VIN: 2C3CCAGGXFH883014.

b. The stay provision of Fed. R. Bankr. P. 4001(a)(3) does not apply to this order

BY THE COURT:

_____

**Date: March 22, 2021**

Honorable Ashely M. Chan
U.S. Bankruptcy Chief Court Judge