United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Eula Ann Harris  
    Debtor

Case No. 21-10356-amc  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 28, 2021      Form ID: 318      Total Noticed: 27

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eula Ann Harris, 2912 W. Allegheny Avenue, Philadelphia, PA 19132-1113 |
| 14582914 | + | Americorp Credit Counseling, 18200 Von Karmen Ave., Attn: Bankruptcy Dept., Irvine, CA 92612-1023 |
| 14582925 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 14603638 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14582926 | + | Malik Mitchum, 2912 W. Alleghny Ave, Philadelphia, PA 19132-1113 |
| 14582928 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRHHOLBER.COM | May 29 2021 03:38:00 | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| smg | | Email/Text: megan.harper@phila.gov | May 29 2021 01:51:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | EDI: PENNDEPTREV | May 29 2021 03:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 29 2021 01:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 29 2021 01:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14598357 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2021 01:49:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14582922 | | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2021 01:49:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14582915 | + | EDI: CAPITALONE.COM | May 29 2021 03:38:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14601064 | + | EDI: AIS.COM | May 29 2021 03:38:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14601065 | + | EDI: AIS.COM | May 29 2021 03:38:00 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14582918 | + | EDI: CITICORP.COM | May 29 2021 03:38:00 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14582920 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2021 01:49:00 | Citizens Bank, 1000 Lafayette Blvd, Attn: Bankruptcy Dept., Bridgeport, CT 06604-4725 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: 318 | Total Noticed: 27 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14582921 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | May 29 2021 01:49:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14582923 | | EDI: CITICORP.COM | May 29 2021 03:38:00 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14601485 | | EDI: Q3G.COM | May 29 2021 03:38:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14597920 | | EDI: DISCOVER.COM | May 29 2021 03:38:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14582924 | + | EDI: DISCOVER.COM | May 29 2021 03:38:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14582916 | | EDI: JPMORGANCHASE | May 29 2021 03:38:00 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 14600191 | | Email/PDF: resurgentbknotifications@resurgent.com | May 29 2021 02:05:24 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14582927 | + | EDI: AGFINANCE.COM | May 29 2021 03:38:00 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14582930 | | EDI: TFSR.COM | May 29 2021 03:38:00 | Toyota Financial Services, Attn: Bankruptcy, P.O. Box 8026, Cedar Rapids, IA 52409 |
| 14582929 | + | EDI: WTRRNBANK.COM | May 29 2021 03:38:00 | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14582931 | | Toyota Services |
| aty | *+ | ROBERT H. HOLBER, Robert H. Holber PC, 41 East Front Street, Media, PA 19063-2911 |
| 14582919 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14582917 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 30, 2021      Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 27, 2021 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 28, 2021 | Form ID: 318 | Total Noticed: 27 |

| | |
|---|---|
| KERI P EBECK | on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | trustee@holber.com  rholber@ecf.axosfs.com |
| ROBERT H. HOLBER | on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com |
| SIDNEY TALL | on behalf of Debtor Eula Ann Harris sidney@attorneytall.com  tallsr96949@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Eula Ann Harris<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9836<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 21–10356–amc | |

# Order of Discharge                                                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Eula Ann Harris

5/27/21                                                                                    **By the court:**   Ashely M. Chan
                                                                                                                United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                                    **Order of Discharge**                                                    page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318                **Order of Discharge**                page 2