United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 21-10356-amc
Eula Ann Harris                                                                                 Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 3
Date Rcvd: Nov 16, 2021                 Form ID: pdf900                Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++           Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Eula Ann Harris, 2912 W. Allegheny Avenue, Philadelphia, PA 19132-1113 |
| 14582914 | + | Americorp Credit Counseling, 18200 Von Karmen Ave., Attn: Bankruptcy Dept., Irvine, CA 92612-1023 |
| 14582925 | + | Fay Servicing Llc, Attn: Bankruptcy Dept, Po Box 809441, Chicago, IL 60680-9441 |
| 14603638 | + | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 14582926 | + | Malik Mitchum, 2912 W. Alleghny Ave, Philadelphia, PA 19132-1113 |
| 14582928 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14582930 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Financial Services, Attn: Bankruptcy, P.O. Box 8026, Cedar Rapids, IA 52409 |
| 14582929 | + | Target, c/o Financial & Retail Srvs, Mailstop BT POB 9475, Minneapolis, MN 55440-9475 |
| 14585920 | + | U.S. Bank National Association, not in its individ, trustee of NRZ Pass-Through Trust XII, c/o REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14585666 | + | U.S. Bank National Association, not in its individ, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Nov 16 2021 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 16 2021 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 16 2021 23:48:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14598357 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2021 23:48:00 | Citizens Bank N.A., One Citizens Bank Way JCA115, Johnston, RI 02919 |
| 14582922 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2021 23:48:00 | Citizens Bank NA, Attn: Bankruptcy, One Citizens Bank, Providence, RI 02903 |
| 14582915 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 16 2021 23:54:12 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14601064 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 23:54:13 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14601065 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 23:54:18 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14582918 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:19 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, P.O. Box 790034, St Louis, MO 63179-0034 |
| 14582920 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2021 23:48:00 | Citizens Bank, 1000 Lafayette Blvd, Attn: Bankruptcy Dept., Bridgeport, CT 06604-4725 |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 30 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14582921 | + | Email/Text: Bankruptcy.RI@Citizensbank.com | Nov 16 2021 23:48:00 | Citizens Bank, 1000 Lafayette Blvd, Bridgeport, CT 06604-4725 |
| 14582923 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 16 2021 23:54:08 | Department Store National Bank/Macy's, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 14601485 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2021 23:48:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14597920 | | Email/Text: mrdiscen@discover.com | Nov 16 2021 23:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14582924 | + | Email/Text: mrdiscen@discover.com | Nov 16 2021 23:48:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 14582916 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Nov 16 2021 23:54:12 | Chase Card Services, Attn: Bankruptcy, P.O. Box 15298, Wilmington, DE 19850 |
| 14600191 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 16 2021 23:54:08 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14582927 | + | Email/PDF: cbp@onemainfinancial.com | Nov 16 2021 23:54:07 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 14618908 | | Email/Text: bnc-quantum@quantum3group.com | Nov 16 2021 23:48:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14613189 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 16 2021 23:54:12 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14582931 | | Toyota Services |
| 14582919 | *+ | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, PO Box 790034, St Louis, MO 63179-0034 |
| 14582917 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, PO Box 15298, Wilmington, DE 19850 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 18, 2021          Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Nov 16, 2021 | Form ID: pdf900 | Total Noticed: 30 |

KERI P EBECK
    on behalf of Creditor Toyota Motor Credit Corporation kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor U.S. Bank National Association  not in its individual capacity but solely as trustee of NRZ Pass-Through Trust XII bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

ROBERT H. HOLBER
    trustee@holber.com  rholber@ecf.axosfs.com

ROBERT H. HOLBER
    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com  rholber@ecf.axosfs.com

SIDNEY TALL
    on behalf of Debtor Eula Ann Harris sidney@attorneytall.com  tallsr96949@notify.bestcase.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| Harris, Eula Ann | § | Case No. 21-10356 AMC |
| | § | |
| Debtor | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that ROBERT H. HOLBER, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
U.S. BANKRUPTCY COURT CLERK
900 Market Street, Suite 400
Philadelphia, PA 19107

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 12:30 PM on 12/15/2021 in Courtroom 4,
United States Courthouse
900 Market Street, Suite 400
Philadlephia, Pa 19107

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 11/16/2021              By: /s/ _____
                                         Chapter 7 Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: §
§
Harris, Eula Ann § Case No. 21-10356 AMC
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 12,000.00 |
| and approved disbursements of | $ | 29.67 |
| leaving a balance on hand of[1] | $ | 11,970.33 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Robert H. Holber, Trustee | $ 1,950.00 | $ 0.00 | $ 1,950.00 |
| Trustee Expenses: Robert H. Holber, Trustee | $ 43.11 | $ 0.00 | $ 43.11 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,993.11 |
| Remaining Balance | $ 9,977.22 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 40,346.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 24.7 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 5,039.24 | $ 0.00 | $ 1,246.16 |
| 000002 | Citizens Bank N.A. | $ 10,036.24 | $ 0.00 | $ 2,481.87 |
| 000003 | Citizens Bank N.A. | $ 5,457.98 | $ 0.00 | $ 1,349.71 |
| 000004 | Citizens Bank N.A. | $ 3,442.38 | $ 0.00 | $ 851.27 |
| 000005 | LVNV Funding, LLC | $ 4,519.93 | $ 0.00 | $ 1,117.74 |
| 000006 | Capital One Bank (USA), N.A. | $ 1,259.40 | $ 0.00 | $ 311.44 |
| 000007 | Capital One N.A. | $ 982.55 | $ 0.00 | $ 242.97 |
| 000008 | Department Stores National Bank | $ 6,719.88 | $ 0.00 | $ 1,661.77 |
| 000009 | JPMorgan Chase Bank, N.A. | $ 1,602.10 | $ 0.00 | $ 396.18 |
| 000010 | Verizon | $ 371.63 | $ 0.00 | $ 91.90 |
| 000011 | Quantum3 Group LLC as agent for | $ 914.76 | $ 0.00 | $ 226.21 |

Total to be paid to timely general unsecured creditors   $ 9,977.22

Remaining Balance   $ 0.00

UST Form 101-7-NFR (10/1/2010) *(Page: 3)*

  Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

  Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Robert H. Holber

Trustee

*Robert H. Holber, Trustee*
*41 E. Front Street*
*Media, PA 19063*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010) *(Page: 4)*