UNITED STATES BANKRUPTCY COURT
Eastern District of Pennsylvania

IN RE:                                              :     CHAPTER 7
Harris, Eula Ann                                    :
                                                    :     Bankruptcy No. 21-10356-AMC
              DEBTOR                                :

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this          day of          , 2021, upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $1,950.00 is reasonable compensation for the services rendered in this case by Robert H. Holber, Esquire, Trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code; that $43.11 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

By the Court:

*(signature)*

_____
United States Bankruptcy Judge

**Date: December 15, 2021**