IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:                                        :Chapter 7
                                              :
EULA ANN HARRIS                               :
                                              :
                                              :
        Debtor                                :BANKRUPTCY NO. 21-10356 AMC

## ORDER APPROVING TRUSTEE'S FINAL REPORT

AND NOW, this 15th day of December, 2021, upon consideration of Trustee's Final Report (the "Final Report"), and after notice and hearing,

IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT

_____
Ashely M. Chan, Judge